## Case No. 10,455.

### OGDEN v. DAVIES' COUNTY.

Circuit Court, W. D. Missouri.

[Nowhere reported; opinion not now accessible. Affirmed by supreme court. 102 U. S. 634. Some of the questions decided therein are stated in Henderson v. Jackson Co., 12 Fed. 676.]